# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS
## Washington, D.C.

### UNITED STATES

#### v.

### Jamel J. BENTLEY,
### Seamen (E-3), U.S. Coast Guard

### CGCMS 24300

### Docket No. 1234

### 8 July 2005

Special Court-Martial convened by Commander, U.S. Coast Guard Group Charleston. Tried at Charleston, South Carolina on 18 October 2004.

| | |
|---|---|
| Military Judge: | CAPT Thomas R. Cahill, USCG |
| Trial Counsel: | CDR James D. Carlson, USCG |
| Detailed Defense Counsel: | LT Randolph T. Stone, JAGC, USNR |
| Assistant Defense Counsel: | LT William D. Rust, JAGC, USNR |
| Appellate Defense Counsel: | LCDR Nancy J. Truax, USCG |
| Appellate Government Counsel: | LCDR John S. Luce, Jr., USCG |

### BEFORE
### PANEL NINE
### BAUM, McCLELLAND, & TEAL[1]
Appellate Military Judges

Per Curiam:

Appellant was tried by special court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of wrongful use of marijuana, in violation of Article 112a, Uniform Code of Military Justice (UCMJ); and seven specifications of larceny of military property of the United States Coast Guard, in violation of Article 121, UCMJ. The military judge sentenced Appellant to a bad-conduct discharge, confinement for eight months, and reduction to E-2. The Convening Authority approved the sentence as adjudged. The pretrial agreement had no effect on the sentence.

---

[1] Judge Teal did not participate in this decision.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Roy Shannon Jr.
Clerk of the Court